**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edgar MENDOZA–ZAPATA,**
**Defendant–Appellant.**

No. 12–10081.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Nov. 25, 2013.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

1. We grant Defendants' motions to strike and deny Plaintiffs' request for judicial notice.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Vincent Lawrence Lacsamana, Esquire, Vincent L. Lacsamana PC, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM ***

Edgar Mendoza–Zapata appeals from the district court's judgment and challenges the 18–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Because Mendoza–Zapata has fully served his custodial sentence and is not subject to a term of supervised released, we dismiss this appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

---

\*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.